IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

2010 JUL 12  PM 3: 40

TIMOTHY H. O'BRIEN
CLERK
_____ DEPUTY
KANSAS CITY, KS

Richard Eugene Davis, Jr.                    )
                                             )
_____      )
                                             )
_____      )
                                             )
_____      )
(Enter above the full name of Plaintiff(s))  )
                                             )
vs.  UBU #202                                )
     Wyandotte County                        )
     State of Kansas                         )     Case Number: **10-CV- 2381** KHV/
_____      )                              DJW
Name                                         )       (To be assigned by Clerk)
                                             )
     800 South 55 Street                     )
_____      )
Street and number                            )
                                             )
     Kansas City  KS  66106                  )
_____      )
City        State        Zip Code            )

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.  This employment discrimination lawsuit is based on (check only those that apply):

    _____  Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et
           seq.*, for employment discrimination on the basis of race, color, religion, gender,
           or national origin.
           **NOTE:** *In order to bring suit in federal district court under Title VII, you must
           first obtain a right-to-sue letter from the Equal Employment Opportunity
           Commission.*

    _____  Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621,
           *et seq.*, for employment discrimination on the basis of age (age 40 or older).
           **NOTE:** *In order to bring suit in federal district court under the Age
           Discrimination in Employment Act, you must first file charges with the Equal
           Employment Opportunity Commission.*

    ✓_____  American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*,

1

for employment discrimination on the basis of disability.
**NOTE:** *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

_____ Other (Describe)

_____

_____

_____

2.    If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:
1312 South 55ᵗʰ Street  Kansas City  KS  66106
(Street Address) (City/County) (State) (Zip Code)

3.    When did the discrimination occur?  Please give the date or time period:
Summer 2008, January 2008, February 06, 2009

## ADMINISTRATIVE PROCEDURES

4.    Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?
✔ Yes    Date filed: March 23, 2009
_____ No

5.    Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?
✔ Yes    Date filed: March 05, 2010
_____ No

6.    Have you received a Notice of Right-to-Sue Letter?
✔ Yes _____ No
If yes, please attach a copy of the letter to this complaint.

7.    If you are claiming *age discrimination*, check one of the following:
_____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
_____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

2

## NATURE OF THE CASE

8.    The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me
✓ termination of my employment
_____ failure to promote me
✓ failure to accommodate my disability
_____ terms and conditions of my employment differ from those of similar employees
✓ retaliation
_____ harassment
_____ reduction in wages
_____ other conduct (specify):

_____          _____
                                        _____
                                        _____
                                        _____
                                        _____
                                        _____

Did you complain about this same conduct in your charge of discrimination?
_____ Yes       _____ No

9.    I believe that I was discriminated against because of (check all that apply):

_____ my race or color, which is _____
_____ my religion, which is _____
_____ my national origin, which is _____
_____ my gender, which is _____ male; _____ female
✓ my disability or perceived disability, which is _____
_____ my age (my birth date is: _____)
_____ other: _____

Did you state the same reason(s) in your charge of discrimination?
_____ Yes       _____ No

10.   State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

On February 10, 2009 I was terminated. I was not
given any warning that complaints had been filed.
I was not allowed to submit information from the
ment l health clinic where I was receiving treatment.
I was never given the reason for my termination.

_____
_____
_____

3

(Attach additional sheets as necessary).

11.     The acts set forth in paragraph 10 of this complaint:
        _____ are still being committed by Defendant.
        __✓__ are no longer being committed by Defendant.
        _____ may still be being committed by Defendant.

12.     Plaintiff:
        _____ still works for Defendant
        __✓__ no longer works for Defendant or was not hired

13.     If this is a *disability-related claim*, did Defendant deny a request for a reasonable
        accommodation?
        _____ Yes     __✓__ No
        Explain: _____
        _____

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court
grant the following relief to Plaintiff: (check any and all that apply)
        _____ Defendant be directed to employ Plaintiff
        _____ Defendant be directed to re-employ Plaintiff
        _____ Defendant be directed to promote Plaintiff
        _____ Defendant be directed to _____
        _____ Injunctive relief (please explain): _____
        __✓__ Monetary damages (please explain): Lost wages, insurance, retirement
        _____ Costs and fees involved in litigating this case
        __✓__ As additional relief to make Plaintiff whole, Plaintiff seeks: Lost wages and
benefits due to negative effect of termination on finding other
and such other relief as may be appropriate, including attorney's fees, if applicable. employment.

Signed this __9__ day of __July_____, 20 _10_.

_Richard Eugene Davis Jr._
Signature of Plaintiff
_Richard  Eugene  Davis JR._
Name (Print or Type)
_1303 N. 77th St._
Address
_KS. City  KS.  66112_
City State Zip Code
_____

4

Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita, Kansas City or Topeka ), Kansas as the location for the trial in this
matter.                                  (circle one location)

_Richard Eugene Davis Jr._

Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ( yes or no ).
                                 (circle one)

Signature of Plaintiff

Dated: _____
(Rev. 8/07)

EEOC Form 161 (11/09)

*913-735-2201*

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Richard E. Davis**
**1303 N. 77th St.**
**Kansas City, KS 66112**

From: **St. Louis District Office**
**Robert A. Young Bldg**
**1222 Spruce St, Rm 8.100**
**Saint Louis, MO 63103**

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **28D-2009-00555** | **Joseph J. Wilson,**<br>**Investigator** | **(314) 539-7816** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*J. Wilson*

April 19, 2010

Enclosures(s)

**James R. Neely, Jr.,**
**Director**

*(Date Mailed)*

cc: **Chief Executive Officer**
**TURNER SCHOOL DISTRICT/USD 202**
**800 S. 55th St.**
**Kansas City, KS 66106**

**Gregory P. Goheen**
**707 Minnesota Ave. Fourth Floor**
**P.O. Box 171300**
**Kansas City, KS 66117**