2671.00125

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| **RICHARD E. DAVIS, JR.,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 10-2381-KHV-DJW |
| **TURNER UNIFIED SCHOOL DISTRICT NO. 202,** | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL

On this __16th____ day of November, 2011, based upon the Joint Stipulation for Dismissal of Claims and for good cause shown, this Court hereby ORDERS that the all claims in this action shall be dismissed with prejudice with Plaintiff and Defendant to bear their own costs.

IT IS SO ORDERED.

                                                            ____s/ Kathryn  H. Vratil_____
                                                           District Court Judge

Dated:  November 16, 2011.

Submitted by,

Paul M. Tancredi
5309 Woodland
Kansas City, MO 64110
Telephone:  (816) 444-5400
Facsimile: (816) 444-5462
E-mail: pmt-lawyer@sbcglobal.net

By: /s/  Paul M. Tancredi_____
      Paul M. Tancredi        #21279

Attorneys for Plaintiff

{K0351952.DOC; 1}        1

and

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, Suite 300
Post Office Box 171300
Kansas City, Kansas  66117-1300
Telephone (913) 371-3838
Facsimile: (913) 371-4722
E-mail:  ggoheen@mvplaw.com

By: /s/ Gregory P. Goheen
      Gregory P. Goheen      #16291

Attorneys for Defendant